# Third District Court of Appeal

## State of Florida

Opinion filed January 14, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2044
Lower Tribunal No. 22-00063-CA-01
_____

**Kathleen M. Bonczyk,**
Appellant,

vs.

**Richard C. Wolfe,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Kathleen M. Bonczyk, in proper person.

Wolfe Law Miami, P.A., and Richard C. Wolfe, for appellee.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  <u>See</u> Fla. R. App. P. 9.315(a) ("[N]o preliminary basis for reversal has been demonstrated.").